

# Arkansas Works Program

June 2018 Report

Just over 27,000 Arkansas Works enrollees were notified in May they were subject to the new work requirement in June. Most are already meeting the requirement through work, school, or other life situations that made them exempt from reporting. Numbers below are a point-in-time snapshot of the requirement and some fluctuate daily.

**27, 140\* Notified in May they were subject to work requirement**

**279,602 Total Arkansas Works population as of May 1, the week notices went out**

Between the notices going out and June 30, 1,325 fewer people became subject to the requirement due to case closures unrelated to compliance or a change in circumstances. That left 25,815 subject to requirement in June.

**445 Satisfied reporting requirement**

**2,395 Reported an exemption since receiving notice**

**7,464 Did not satisfy reporting requirement**

**15,511 Meeting requirement due to work, training, or other activity. Notice explained these enrollees are exempt from reporting their activities.**

| One month non-compliance | Two months non-compliance | Three months non-compliance |
|---|---|---|
| 7,041** | 0 | 0 |

**\*\* due to closures unrelated to compliance & as of July 8, 2018**

\*Enrollees ages 30-49 are being phased into the requirement from June through September 2018. Those 19-29 will roll in starting January 2019.

# Arkansas Works Program

June 2018 Report

Every Medicaid program has what is known as "churn," cases that close for various reasons. It is not uncommon for those individuals to take action and come back on a program after receiving a closure notice. The total number of Arkansas Works cases closed in June was 14,140. Below the closures are broken down by type.

- Household increased income
- Unable to locate client or moved out-of-state
- Incarceration
- Death (currently 0.05%)
- Enrollee requested closure
- Failed to return requested information
- Other



**Top four reasons people were exempt from reporting in June**

Employed at least 80 hours a month — **8,375**

Already meeting SNAP requirement through work or exemption — **3,480**

At least one dependent child in the home — **2,731**

Medically frail/disabled — **2,208**



ARKANSAS DEPARTMENT OF HUMAN SERVICES

Arkansas Works Clients - Subject to the Work Requirement

| Reporting Period | Exempt from Reporting | Reported at least 80 Hours | Failed to Report 80 Hours - First Month | Failed to Report 80 Hours - Second Month | Failed to Report 80 Hours - Third Month | Total |
|---|---|---|---|---|---|---|
| June 2018 | 17,906 | 445 | 7,464 | - | - | 25,815 |
| July 2018 | | | | | | - |
| August 2018 | | | | | | - |
| September 2018 | | | | | | - |

Arkansas Works Clients - Exemption Reasons

| Reporting Period | Employed >80 hours/month | Dependent Child in Home | Pregnant | Medically Frail | Currently Exempt in SNAP | Caring for Incapacitated Person | Short-Term Incapacitated | Receives Unemployment Benefits | Education and Training | Alcohol or Drug Treatment | American Indian/Alaska Native* | Tea Cash Assistance | Total Exempt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| June 2018 | | | 15 | | | 128 | 164 | 187 | 24 | 79 | 515 | | |
| July 2018 | | | | | | | | | | | | | |
| August 2018 | | | | | | | | | | | | | |
| September 2018 | | | | | | | | | | | | | |

*If a client has more than one exemption, the client receives the longest exemption he or she meets.*

*\*Clients who are American Indian / Alaska Native are subject to the work requirement. This population will be part of a future phase in.*

Clients Who Met Requirement - Types of Work Activities Reported

*Clients can report more than one type of work activity*

| Reporting Period | Clients Who Met Requirement | Number of clients who reported the activity ||||||  Currently Meeting SNAP Requirement |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Work | Education and Training | Volunteer | Job Search | Job Search Training | Health Education Class | |
| June 2018 | 445 | 73 | 8 | 27 | 18 | 1 | 1 | 351 |
| July 2018 | | | | | | | | |
| August 2018 | | | | | | | | |
| September 2018 | | | | | | | | |

June 2018 Reporting Period
Clients Who Met Requirement - Types of Work Activities Reported by Hours

**Total Clients Who Met Requirement: 445**
*Clients can report more than one type of work activity.*

| Work Activity* | Clients Who Met Requirement by Hours Reported | | | | | # of Clients Reported | Total Hours Reported |
|---|---|---|---|---|---|---|---|
| | 1-20 Hrs | 21-40 Hrs | 41-60 Hrs | 61-80 Hrs | 81+ Hrs | | |
| Work | 5 | 5 | 12 | 8 | 43 | 73 | 7,642 |
| Education and Training | 1 | 3 | 2 | 2 | 0 | 8 | 363 |
| Volunteer | 2 | 2 | 2 | 12 | 9 | 27 | 2,030 |
| Job Search | 2 | 7 | 3 | 4 | 2 | 18 | 897 |
| Job Search Training | 1 | 0 | 0 | 0 | 0 | 1 | 3 |
| Health Education Class | 1 | 0 | 0 | 0 | 0 | 1 | 6 |
| Currently Meeting SNAP Requirement | -- | -- | -- | -- | -- | 351 | N/A |

*While there is no limit to the number of hours a client can report, some work activity types limit the number of hours clients can receive credit for:*
*-- Job Search and Job Search Training - Clients may count up to 39 total hours from these activities combined each month.*
*-- Health Education Class - Clients may count up to 20 hours each year from this activity.*

Clients Who Failed to Report 80 Hours - Types of Work Activities Reported

*Clients can report more than one type of work activity*

| Reporting Period | Clients Who Did Not Meet Requirement | Reported No Work Activities | Reported Work Activities | Number of clients who reported the activity ||||||
|---|---|---|---|---|---|---|---|---|---|
| | | | | Work | Education and Training | Volunteer | Job Search | Job Search Training | Health Education Class |
| June 2018 | 7,464 | 7,392 | 72 | 27 | 20 | 5 | 23 | 2 | 1 |
| July 2018 | | | | | | | | | |
| August 2018 | | | | | | | | | |
| September 2018 | | | | | | | | | |

June 2018 Reporting Period
Clients Who Failed to Report 80 Hours of Activities - Types of Work Activities Reported by Hours

**Total clients who failed to report 80 hours:** 7,464
  Reported No Work Activities: 7,392
  Reported Work Activities: 72

*Clients can report more than one type of work activity*

| Work Activity* | Clients Who Did Not Meet Requirement by Hours Reported | | | | | # of Clients Reported | Total Hours Reported |
|---|---|---|---|---|---|---|---|
| | 1-20 Hrs | 21-40 Hrs | 41-60 Hrs | 61-80 Hrs | 81+ Hrs | | |
| Work | 11 | 5 | 4 | 7 | 0 | 27 | 950 |
| Education and Training | 7 | 7 | 4 | 2 | 0 | 20 | 636 |
| Volunteer | 2 | 2 | 1 | 0 | 0 | 5 | 140 |
| Job Search | 9 | 2 | 4 | 0 | 8 | 23 | 2,007 |
| Job Search Training | 0 | 1 | 1 | 0 | 0 | 2 | 84 |
| Health Education Class | 1 | 0 | 0 | 0 | 0 | 1 | 3 |

*While there is no limit to the number of hours a client can report, some work activity types limit the number of hours clients can receive credit for:*
*-- Job Search and Job Search Training - Clients may count up to 39 total hours from these activities combined each month.*
*-- Health Education Class - Clients may count up to 20 hours each year from this activity.*