UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES GRESHAM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:18-cv-01900-JEB |
| v. ) | |
| ) | |
| ALEX M. AZAR II , et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's September 14th order, the parties have conferred and submit the following proposed briefing schedule:

**October 15:** Defendants produce administrative record

**November 5:** Plaintiffs' Motion for Summary Judgment and First Amended Complaint

**November 30:** Defendants' and Intervenor's Oppositions to Plaintiffs' Motion for Summary Judgment and Defendants' and Intervenor's Motions to Dismiss and/or Motions for Summary Judgment

**December 21:** Plaintiffs' Opposition to Defendants' Motion(s) and Plaintiffs' Reply in Support of their Motion

**January 14:** Defendants' and Intervenor's Replies in Support of their Motions

The parties agree to stay Defendants' obligation to Answer the Complaint until resolution of these motions.

Plaintiffs agree to this proposed briefing schedule because it should allow the parties' motions on the merits of this case to be ripe for decision well in advance of March 31, 2019. Plaintiffs additionally state that Arkansas Works beneficiaries who are eligible for the program

in January, but fail to meet the requirements of the current program regarding "community engagement" for three months will be terminated from the Medicaid program for the remainder of the year beginning March 31, 2019. Plaintiffs therefore request that if in the Court's opinion this briefing schedule would not permit sufficient time for a decision by that date, the Court set a status conference to discuss the briefing schedule.

The Federal Defendants and the Intervenor take no position on whether the Court should rule by any particular date or on whether it should hold a status conference.

Dated: September 27, 2018                                        Respectfully submitted,

| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General | By: /s/ Catherine McKee<br>Jane Perkins<br>Elizabeth Edwards |
| MICHELLE BENNETT<br>Senior Trial Counsel<br>Civil Division | Catherine McKee<br>National Health Law Program<br>200 N. Greensboro Street, Suite D-13<br>Carrboro, NC 27510 |
| By: /s/ Vinita B. Andrapalliyal<br>VINITA B. ANDRAPALLIYAL<br>MATTHEW SKURNIK<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883, Room 7138<br>Washington, D.C. 20530<br>Tel: 202-305-0845<br>E-mail: Vinita.b.andrapalliyal@usdoj.gov | Phone: 919-968-6308 (x101)<br>perkins@healthlaw.org<br>mckee@healhtlaw.org<br>edwards@healthlaw.org<br><br>/s/ Kevin De Liban<br>Kevin De Liban<br>Trevor Hawkins<br>Legal Aid of Arkansas<br>310 Mid-Continent Plaza, Suite 420<br>West Memphis, AR 72301<br>Phone: 870-732-6370 (x2206)<br>kdeliban@arlegalaid.org<br>thawkins@arlegalaid.org |
| *Attorneys for Federal Defendants* | |
| LESLIE RUTLEDGE<br>Attorney General | |
| By: /s/ Nicolas J. Bronni<br>Nicholas J. Bronni<br>Solicitor General of Arkansas<br>Dylan L. Jacobs<br>Assistant Solicitor General<br>Arkansas Attorney General's Office | /s/ Samuel Brooke<br>Samuel Brooke<br>Neil K. Sawhney<br>Southern Poverty Law Center<br>400 Washington Avenue<br>Montgomery, AL 36104 |

323 Center Street, Suite 200  
Little Rock, AR 72201  
Phone: (501) 682-2007  
Nichoas.Bronni@arkansasag.gov  
Dylan. Jacobs@arkansasag.gov  

*Attorneys for State Intervenor*

Phone: 334-956-8200  
samuel.brooke@splcenter.org  
neil.sawhney@splcenter.org  

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the Defendants' attorneys of record.

                By:    /s/ Catherine McKee
                         Catherine McKee