# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES GRESHAM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | No. 1:18-cv-01900-JEB |
| ) | |
| ALEX M. AZAR, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF CERTIFIED INDEX TO ADMINISTRATIVE RECORD

Pursuant to Local Rule 7(n)(1), attached hereto is the certified list of the contents of the Administrative Record in this case. This list, together with an electronic copy of the Administrative Record, will be sent to Plaintiffs' counsel today via Federal Express.

Respectfully submitted this 15th day of October, 2018,


Dated: October 15, 2018         Respectfully submitted,

                                JOSEPH H. HUNT
                                Assistant Attorney General

                                MICHELLE BENNETT
                                Senior Trial Counsel
                                Federal Programs Branch

                                */s/ Matthew Skurnik*
                                MATTHEW SKURNIK
                                **VINITA B. ANDRAPALLIYAL**
                                Trial Attorneys
                                United States Department of Justice
                                Civil Division, Federal Programs Branch

1

1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8188
Email: Matthew.Skurnik@usdoj.gov

*Counsel for Defendants*