# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES GRESHAM, et al.,** | |
| Plaintiffs, | Civil Action No. 1:18-cv-1900 (JEB) |
| v. | |
| **ALEX M. AZAR II, et al.,** | |
| Defendants. | |

I, Timothy Hill, Acting Director for Medicaid and CHIP Services, Centers for Medicare & Medicaid Services, United States Department of Health and Human Services, under authority delegated to me by the Secretary of Health and Human Services, certify that, to the best of my knowledge, the attached documents constitute a true and complete copy of non-privileged material that CMS considered in approving Arkansas's amendment to Medicaid Section 1115 Demonstration Number 11-W-00287/6.

Dated: October 15, 2018

_____
Timothy Hill

| | |
|---|---|
| Approval Documents | 0001-0070 |
| Fact Sheet | 0071-0073 |
| Guidance Documents Considered | 0074-0219 |
| Relevant Correspondence | 0220-1264 |
| Public Comments submitted during the federal comment period | 1265-1343 |
| Research Materials Considered: | |
|     Hahn, et al., Work Requirements in Social Safety Net Programs (2017) | 1344-1396 |
|     Ramsey, Study finds most Medicaid beneficiaries already work or can't work; many of those out of work are in poor health (2017) | 1397-1399 |
|     MACPAC, Work as a Condition of Medicaid Eligibility: Key Take-Aways from TANF (2017) | 1400-1415 |
|     Masumeci & Zur, Medicaid Enrollees and Work Requirements: Lessons From the TANF Experience (2017) | 1416-1424 |
|     Government Accountability Office, Medicaid Demonstrations: Federal Action Needed to Improve Oversight of Spending (2017) | 1425-1462 |
|     Ghent University, Volunteers are in better health than non-volunteers (2017) | 1463-1465 |
|     Masumeci, Medicaid and Work Requirements (2017) | 1466-1471 |
|     Rector, Work Requirements in Medicaid Won't Work. Here's a Serious Alternative (2017) | 1472-1475 |
|     Medicaid.gov, New Hampshire Protection Program Premium Assistance (Approved March 4, 2016) | 1476-1478 |
|     Chetty, et al., The Association Between Income and Life Expectancy in the United States 2001–2014 (2016) | 1479-1482 |
|     Leach, Volunteering Linked to Better Health (2016) | 1483-1488 |
|     The Lewin Group, Indiana Healthy Indiana Plan 2.0: Interim Evaluation Report (July 6, 2016) | 1489-1600 |
|     Medicaid.gov, Healthy Indiana Plan (Approved Jan. 27, 2015) | 1601-1608 |

| | |
|---|---|
| Deloitte, Commonwealth of Kentucky: Medicaid Expansion Report: 2014 (2015) | 1609-1682 |
| Young, Why Volunteering Is So Good For Your Health (2014) | 1683-1685 |
| Van der Noordt, et al., Health effects of employment: a systematic review of prospective studies (2014) | 1686-1692 |
| Crabtree, In U.S., Depression Rates Higher for Long-Term Unemployed (June 9, 2014) | 1693-1699 |
| United Health Group, Doing Good is Good for You: 2013 Health and Volunteering Study | 1700-1710 |
| Robert Wood Johnson Foundation, How Does Employment—or Unemployment—Affect Health? (2013) | 1711-1712 |
| Jenkinson, et al., Is volunteering a public health intervention? A systematic review and meta-analysis of the health and survival of volunteers (2013) | 1713-1722 |
| Bloom, et al., TANF Recipients with Barriers to Employment (2011) | 1723-1730 |
| Grimm, Jr., et al., The Health Benefits of Volunteering: A Review of Recent Research (2007) | 1731-1750 |
| Waddell, Burton, Is Work Good for Your Health and Well-Being? (2006) | 1751-2007 |
| Wilkinson & Pickett, Income inequality and population health: A review and explanation of the evidence (2005) | 2008-2024 |
| Bartley & Plewis, Accumulated labour market disadvantage and limiting long-term illness: data from the 1971–1991 Office for National Statistics' Longitudinal Study (2002) | 2025-2030 |
| Thoits & Hewitt, Volunteer Work and Well-Being (2001) | 2031-2048 |
| Clarkson, Jason, et al., Medicaid Work Requirements: Overview of Policy and Fiscal Considerations | 2049-2055 |
| CMS Completeness Letter | 2056 |
| Demonstration Application | 2057-2120 |