# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES GRESHAM, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEX M. AZAR II, et al., | )  No. 1:18-cv-01900-JEB |
| | ) |
| Defendants. | ) |
| | ) |
| STATE OF ARKANSAS | ) |
| | ) |
| Defendant-Intervenor | ) |

## [PROPOSED] ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Defendants' Motion for Summary Judgment be DENIED. It is further

ORDERED that the Plaintiffs' Motion for Summary Judgment on their Administrative Procedure Act claims be GRANTED. It is further

ORDERED that the Secretary of the Department of Health and Human Services' approval of the Arkansas Works Amendment is vacated. It is further

ORDERED that the Centers for Medicare & Medicaid Services' January 11, 2018 letter to State Medicaid Directors is vacated.

IT IS SO ORDERED.

Date:_____           _____
                                        James E. Boasberg
                                        UNITED STATES DISTRICT JUDGE