## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CHARLES GRESHAM, et al.,**

Plaintiffs,

v.

Civil Action No. 1:18-cv-1900 (JEB)

**ALEX M. AZAR II, et al.**

Defendants.

## EXHIBIT LIST

| | |
|---|---|
| Exhibit A | Kentucky Health Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Nov. 20, 2018). |
| Exhibit B | Letter of Aug. 31, 2012 from CMS Administrator Cindy Mann to Arkansas Governor Mike Beebe. |
| Exhibit C | Excerpts from Healthy Ind. Plan (HIP) 2.0 Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Jan. 27, 2015) |
| Exhibit D | Del. Diamond State Health Plan Section 1115 Demonstration Project Waiver List, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. |
| Exhibit E | Excerpts from Mont. Health and Economic Livelihood Partnership (HELP) Section 1115 Demonstration Plan Approval (Nov. 23, 2016) |
| | Excerpts from Mont. Basic Medicaid for Able-Bodied Adults Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Nov. 24, 2010) |
| Exhibit F | Okla. SoonerCare Section 1115 Demonstration Project Waiver List, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. |
| Exhibit G | Excerpts from Healthy Mich. Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Dec. 30, 2013) |
| Exhibit H | Excerpts from Ark. Safety Net Benefit Program Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctrs. For Medicare |

and Medicaid Servs. (Dec. 29, 2011)

Exhibit I        Excerpts from N.H. Health Prot. Program Premium Assistance Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctr. for Medicare and Medicaid Servs. (June 23, 2015)

Exhibit J        Excerpts from TennCare II Medicaid Section 1115 Demonstration Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (June 15, 2012)

Exhibit K       Or. Health Plan 2 Section 1115 Demonstration Project Approval Letter, U.S. Dep't of Health and Human Servs. Ctrs. for Medicare and Medicaid Servs. (Oct. 15, 2002)

Exhibit L        Letter from Demetrios Kouzoukas, Dep. Admin., Ctrs. for Medicare & Medicaid Servs., U.S. Dep't of Health and Human Servs., to Allison Taylor, Medicaid Dir., Ind. Family and Social Servs. Admin. (Feb. 1, 2018).