UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES GRESHAM, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:18-cv-01900-JEB |
| ALEX M. AZAR, et al. | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that by this filing, undersigned attorney James M. Burnham of the United States Department of Justice, Civil Division, enters his appearance on behalf of Federal Defendants in this case.

Dated: March 13, 2019          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ James M. Burnham*
James M. Burnham (DC 1015196)
Deputy Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave, NW
Washington, DC 20530
Tel: (202) 353-2793
Email: James.M.Burnham@usdoj.gov

*Counsel for Defendants*