UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES GRESHAM, et al., </br></br>    Plaintiffs, </br></br> v. </br></br> XAVIER BECERRA, in his official capacity as United States Secretary of Health and Human Services, *et al.*, </br></br>    Defendants. | Case No. 1:18-cv-01900 (JEB) |

### JOINT STATUS REPORT AND MOTION TO CONTINUE STAY OF PLAINTIFFS' DEADLINE TO FILE MOTION FOR ATTORNEY'S FEES

Plaintiffs and Federal Defendants respectfully request that Plaintiffs' deadline to file their motion for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, continue to be held in abeyance for an additional 90 days, after which they propose to file a joint status report. The parties state as follows:

1. On August 24, 2022, this Court held Plaintiffs' deadline to file their motion for attorney's fees and costs in abeyance, and ordered the parties to file a joint status report by November 22, 2022. *See* Minute Order (August 24, 2022).

2. Plaintiffs and Federal Defendants continue to explore the possibility of settling fees in this case. Plaintiffs have provided additional information to Federal Defendants about the basis for their fee request, and Federal Defendants have been evaluating that information and deliberating internally. Federal Defendants are currently finalizing a counteroffer to Plaintiffs' fee request, and intend to present that counteroffer shortly.

1

3. The parties ask the Court to order the filing of a further joint status report on February 20, 2023, which will update the Court on the parties' settlement discussions, and if the parties believe that a settlement cannot be reached, propose a briefing schedule.

Dated: November 17, 2022                    Respectfully submitted,

/s/ Jane Perkins
Jane Perkins
Catherine McKee
National Health Law Program
1512 East Franklin Street, Suite 110
Chapel Hill, NC 27514
(984) 279-7661
perkins@healthlaw.org

*Counsel for Plaintiffs*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

/s/ *Matthew Skurnik*
Matthew Skurnik
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-8188
matthew.skurnik@usdoj.gov

*Counsel for Federal Defendants*