# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE MAURICE STEWART, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as United States Secretary of Health and Human Services; *et al.*,<br><br>Defendants. | Civil Action No. 1:18-cv-152 (JEB) |
| CHARLES GRESHAM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as United States Secretary of Health and Human Services; *et al.*,<br><br>Defendants. | Civil Action No. 1:18-cv-1900 (JEB) |
| SAMUEL PHILBRICK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as United States Secretary of Health and Human Services; *et al.*,<br><br>Defendants. | Civil Action No. 1:19-cv-00773 (JEB) |

## <u>NOTICE OF SETTLEMENT</u>

1.      The parties have resolved any and all claims for attorney fees, costs, and litigation expenses in the following cases:

- *Philbrick et al v. Becerra et al.*, Case No. 1:19-cv-00773 (JEB)
- *Stewart et al. v. Becerra et al.*, Case No. 1:18-cv-152 (JEB)
- *Gresham et al. v. Becerra et al.*, Case No. 1:18-cv-1900 (JEB)

2.      As a result, no live issues remain before the Court, and Plaintiffs request that the Court close each of the above civil actions.

Dated: July 12, 2023                                      Respectfully submitted,


<u>/s/ *Jane Perkins*</u>
Jane Perkins
Catherine McKee
National Health Law Program
1512 East Franklin Street, Suite 110
Chapel Hill, NC 27514
(984) 279-7661
perkins@healthlaw.org
*Counsel for Plaintiffs*